# United States Court of Appeals
## For the First Circuit

_____

Nos. 24-1612
      24-1677

UNITED STATES OF AMERICA, ex rel. CHRISTOPHER DRENNEN,

Plaintiff - Appellee,

v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a Fresenius Medical Care North America, Inc.,

Defendant - Appellant.

_____

**JUDGMENT**

Entered: October 29, 2024

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Maria R. Durant, William H. Kettlewell, Hannah Fleener Preston, James F. Bennett, Megan S. Heinsz, Roger A. Denning, Justin P O'Brien, Joan A. Lukey, Robert M. Thomas Jr., Suzanne E. Durrell, Jeremy Loren Friedman, Abraham R George, Charles H. Thronson, James A. Johnson, George Bunsen Henderson II, Kriss Basil, Steven T. Sharobem, Jessica Jane Weber